UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MATTHEW MASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | No. 2:19-cv-00576-JPH-DLP |

**ORDER ON AGREED MOTION TO REMAND**

The parties have filed an agreed motion for remand for further proceedings under sentence four of 42 U.S.C. § 405(g). Dkt. [18]. For the reasons in the motion, that motion is **GRANTED**. The Court reverses the Commissioner's decision and remands the case to the Commissioner for further administrative proceedings. *See* 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will allow Plaintiff a new hearing; reevaluate Plaintiff's medical and other evidence; and determine whether he could perform his past relevant work or work that existed in the national economy, consistent with Agency regulations.

The Court will issue judgment accordingly.

**SO ORDERED.**

Date: 7/21/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com